1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SARA JANE OLSON,                  ) NO. CV 08-06605 CAS (SS)
                                      )
12                 Petitioner,        )
                                      )
13          v.                        )         **JUDGMENT**
                                      )
14  DEBORAH L. PATRICK, Warden,       )
                                      )
15                 Respondent.        )
    _____  )

16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24       DATED: 4/30/10

25                                    _____
                                      CHRISTINA A. SNYDER
26                                    UNITED STATES DISTRICT JUDGE

27

28